# CRIMINAL DOCKET — U.S. District Court

**PO** ☐  Assigned: 0978 | 2 | 7810 Disp./Sentence
**Misd.** ☐  District | Off | Judge/Magistr.
**Felony** ☒

☐ WRIT ☐ JUVENILE ☐ ALIAS
OFFENSE ON INDEX CARD

VS. ● CARROLL, VERRELL JAMES
aka: Verrell James Carroll; Verrell James Hardee; Verell James Hardee

(LAST, FIRST, MIDDLE) PMP (LRL)

Mo. Day Yr. — 7 | 10 | 96
No. of Def's: 1
U.S. MAG. CASE NO.

Docket No. 96 0165  Def. 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. | NG | GUILTY | NOLO |
|---|---|---|---|---|---|---|
| 18/922(g)(1) & 924(e)(1) | POSSESSION OF FIREARM BY CONVICTED FELON | CT 1 | 1 | | | |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE (EARLIEST OF): ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE 7/10/96 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. on S.T. grounds | FINAL CHARGES DISMISSED ☐ W.P. ☐ WOP | on def. motion / on gov't motion

## III. MAGISTRATE

Search Warrant: Issued / Return — DATE — INITIAL/NO.
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest — OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled ▶
OR ☐ REMOVAL HEARING — Date Held ▶
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

INITIAL/NO.  OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:

RULE  20  21  40  In  Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS — U.S. Attorney or Asst.**
ROBERT A. BORK  AUSA
701 E. Bridger Av #800, Las Vegas, NV 89101  (702) 388-6336

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☒ PD  7 ☐ CD

Kevin Butler  AFPD

Custody WARRANT

**BAIL • RELEASE**

PRE-INDICTMENT
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET  ☐ PSA
$ _____
Conditions:
Date Set  ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
☐ Other

POST-INDICTMENT
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET  ☐ PSA
$ _____
Conditions:
Date Set  ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
☐ Other

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

V. PROCEEDINGS

SPEEDY TRIAL CALCULATIONS

Interval I
Gross days - 0
Less excludable - 0
Net days - 0

Interval II
Gross days - 199
Less excludable - T=181
Net days - 18

| | | UNITED STATES DISTRICT COURT CRIMINAL DOCKET  *U. S. vs* VERRELL JAMES CARROLL | Page 2 | | | |
|---|---|---|---|---|---|---|
| AO 256A | | | Yr. | Docket No. | | Def. |
| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
| | | | (a) | (b) | (c) | (d) |
| 7/10/96 | 1 | **INDICTMENT** o/d 10/11/94   lgm | | | | |
| -- | - | JS-2 re: D/Carroll  (AT)   lgm | | | | |
| -- | 2 | AO-257 re: D/Carroll   lgm | | | | |
| -- | 3 | **MINUTES OF GRAND JURY** re: D/Carroll (RLH) ORD 1) D in state cstdy  2) Warr & writ to iss  3) A/P set for 7/19/96 @ 8:30 am bfr RJJ  (C/R Cheryl Gardner)  lgm | | | | |
| -- | - | **WARRANT** issd to USM re: D/Carroll   lgm | | | | |
| -- | 4 | **PETITION/ORDER** re: D/Carroll (RLH) ORD 1) Writ of HC ad prsqndm to iss for 7/19/96  cps dist  (AT)  lgm | | | | |
| -- | - | **WRIT OF HABEAS CORPUS** issd to USM re: D/Carroll   lgm | | | | |
| 7/19/96 | 5 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/Carroll (RJJ) ORD 1) T/N: Same  2) D plds NG to CT 1  3) Subj to jnt discvry statmnt  4) J/T set for 9/7/96 @ 8:30 am w/ cal call 9/4/96 @ 8:15 am  5) Ord re p/t prcdr entrd & cps srvd on cnsl in opn crt  6) D remnded to cstdy  7) FPD appntd cnsl  (C/R K.Spataro)  cps dist  (AT)  lgm | | | | |
| -- | 6 | **ORDER** re: D/Carroll (PMP) ORD 1) P/T mtns due 8/2/96  2) Rspn's due 8/14/96  3) Rply's due 8/16/96  cps to cnsl  (AT)  lgm | | | | |
| -- | 7 | **ORDER** re: D/Carroll (RJJ) ORD 1) FPD appntd cnsl  2) USM to srv subp  lgm | | | | |
| -- | 8 | **FINANCIAL AFFIDAVIT** re: D/Carroll   lgm | | | | |
| -- | 9 | **ORDER** re: D/Carroll (RJJ) ORD  D detnd pndng trl  cps dist  (EOD 7/22/96)  (AT)  lgm | | | | |
| 7/24/96 | 10 | **WARRANT** w/USM ret, D/Carroll arr 7/19/96   lgm | | | | |
| 7/26/96 | 11 | **JOINT DISCOVERY STATEMENT** re: D/Carroll   lgm | | | | |
| 7/31/96 | 12 | **STIPULATION/ORDER** (PMP) ORD re D/**Caroll** Trl set for 9/9/96 is vacated & contd to **11/4/96 8:30am**; w/cal call set **10/30/96 8:15am**. P/T mtns contd to **9/6/96** resp due **9/17/96**; reply due **9/20/96** all by 4pm. cps dist (AT) bh (cited  3161(h)(8)(B)(iv). | | | | |
| 9/12/96 | 13 | **STIPULATION/FINDINGS OF FACT/ORDER** re: D/Carroll (PMP) ORD 1) Trl set for 11/4/96 vctd & cont to 1/27/97 @ 8:30 am w/cal call 1/22/97 @ 8:15 am 2) P/T mtns cont to 11/8/96; rspn's cont to 11/19/96; rply's cont to 11/22/96  (18/3161(h)(8)(B)(I) & 3161(h)(8)(B)(iv) cited)  cps dist  (AT)  lgm | | | | |

Interval (per Section II)   Start Date/End Date   Ltr. Code   Total Days

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET       VERRELL JAMES CARROLL

AO 256A                                                       Page 3

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 1/9/97 | 14 | **ORDER** re: D/Carroll (PMP) ORD Trl set for & cnsl to subp wits for 1/27/97 @ 8:30 am w/cal call 1/22/97 @ 8:15 am (see doc for specs) cps dist lgm | | | | |
| 1/22/97 | 15 | **PROPOSED JURY INSTRUCTIONS** re: D/Carroll obo gvrnmnt (cpy to PMP) lgm | | | | |
| 1/23/97 | 16 | **PROPOSED JURY INSTRUCTIONS** obo D/Carroll (cpy to PMP) lgm | | | | |
| 1/30/97 | 17 | **PROPOSED ADDITIONAL JURY INSTRUCTIONS** re: D/Carroll obo gvrnmnt (cpy to PMP) lgm | | | | |
| 2/3/97 | 18 | **MINUTES OF JURY TRIAL (Day 1)** re: D/Carroll (PMP) ORD 1) D allwd to wthdrw NG plea to CT 1 & plds G to sme; crt accpts plea  2) Non-bnding plea agremnt  3) I/S set for 5/6/97 @ 3:30 pm  4) Refrrd to prob for p/s invstigatn & rpt  5) Trl dt vctd  6) D remnded to cstdy (C/R J.Watson) cps dist (AT) lgm | | | | |
| -- | 19 | **PLEA MEMORANDUM** re: D/Carroll lgm | | | | |
| 4/29/97 | 20 | **OBJECTIONS** obo D/Carroll to p/s rpt & **SENTENCING MEMORANDUM** (cpy to PMP) lgm | | | | |
| 5/8/97 | 21 | **MINUTES OF SENTENCING** re: D/Carroll dtd 5/6/97 (PMP) ORD As to CT 1: 1) Sent impsd  2) Fine impsd  3) Assessmnt  4) D remnded to cstdy (C/R J.Bowman) cps dist (AT) lgm | | | | |
| -- | 22 | **JUDGMENT** re: D/Carroll dtd 5/6/97 (PMP) ORD As to CT 1: 1) 180 mths cstdy USBOP concrrnt w/NV state sent's D is currntly srving  2) D remnded to cstdy of USM  3) 4 yrs sprvsd relse (see doc for spec conds)  4) $50.00 assessmnt  5) $2,500.00 fine (EOD 5/8/97) cps dist (AT) lgm | | | | |
| -- | -- | **JS-3** re: D/Carroll lgm | | | | |
| 6/12/97 | -- | <u>**RECORDERS TRANSCRIPT**</u> of D/Carroll's I/S hld on 5/6/97 bfr Jdg Philip M. Pro (C/R J. Bowman) 2 cps to Prob | | | lsd | |
| 4/30/98 | 23 | **JUDGMENT** w/USM ret, D/Carroll dlvrd to USP Lompoc, CA on 4/21/98 lgm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days