CASE #: 2:96CR00165-001 ✓

TO: HONORABLE Loyd D. George      5-5-08

2008 MAY -7

And all wham it may CONCERN, That I Verell, J. Carroll #31488048 Am wRitting Regarding the Left of my fine, which I have paid the maJority, And I was wondering if by chance I could be considered for a lesser fine or waive the Remaining fine Left, due to the fact I was Just paid six dollars for A mouths worth of work, And may not be able to meet Required payments Quarterly. plus I have to get Ready for my Release in A year or so, And I have to prepare to take care of myself And family, As well As pay my way home on the plane All the way to Las vegas from pennsylvania As well As pay for Halfway house fees. how ever you feel is suitable under U.S.S.G. 5E1.2(f), my case number is = 2:96 CR00165-001. I feel very indeed Redeemed And Appreciate the consideration You may take in my situation. If you will please Let me know your disposition Thank you very much for your Time. Verelly Carr

Carroll, Verell #3148804
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg P.A.
17837

CARROll VEREII # 31488-048
U.S.P. LEWiSbuRq
P.O. Box 1000
LEWiSbuRq, PA. 17837

HARRISBURG PA 171
05 MAY 2008 PM 5 L

To: CouRT of CleRKs
couRTs FedeRAL LLoyd D. GEORGE
333 LAs VEGAs blvd, SouTh SuiTe #5000
LAs VEGAs, N.V. 89101