UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VERRELL JAMES CARROLL, ) <br> ) <br> Defendants. ) | **O R D E R** <br><br> 2:96-CR-165-PMP-LRL |

Presently before the Court is the matter of United States v. Verrell James Carroll. On September 15, 2010, this Court held a hearing for revocation of supervised release as to Defendant Carroll. The Government and the U.S. Probation Department requested that the revocation and sentencing disposition be continued to allow Defendant Carroll to reside in the Halfway House C.A.R.E. Program,

Accordingly, **IT IS ORDERED** that Defendant Carroll shall reside in a residential re-entry center C.A.R.E. Program for a period of seven months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED: September 15, 2010.

*[signature]*

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE